1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada Bar No. 6596
2  AMANDA PATANAPHAN, ESQ.
   Nevada Bar No. 15080
3  **JACKSON LEWIS P.C.**
4  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Email: deverie.christensen@jacksonlewis.com
6  Email: amanda.patanaphan@jacksonlewis.com

7  *Attorneys for Defendant Tesla, Inc.*

8                **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10

11  VANESSA VILLANUEVA, an individual,        Case No.: 3:25-cv-00678-ART-CSD

12            Plaintiff,

13     vs.                                     **STIPULATION AND ORDER TO
                                               EXTEND DEADLINE FOR RESPONSE
14  TESLA, INC., a Delaware corporation,       TO COMPLAINT**

15            Defendant.                       **(FIRST REQUEST)**

16

17          IT IS HEREBY STIPULATED by and between Plaintiff Vanessa Villanueva ("Plaintiff"),

18  by and through her counsel, Greenberg Gross LLP, and Defendant Tesla, Inc. ("Defendant"), by

19  and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a 15 day

20  extension up to and including **January 20, 2026**, in which to file its response to Plaintiff's

21  Complaint. This Stipulation is submitted and based upon the following:

22          1.      Defendant was served with the Summons and Complaint (ECF Nos. 1 and 4) on

23  December 15, 2025, making the response due on Monday, January 5, 2026.

24          2.      The law firm of Jackson Lewis was recently retained to represent Defendant in this

25  matter and requested an extension to submit a response to the Complaint so that Defendant and its

26  counsel can have time to discuss the matter after the holidays.

27          3.      This is the first stipulation to extend the time for Defendant to respond to Plaintiff's

28  Complaint.

4.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

5.    This Stipulation is made in good faith and not for the purpose of delay.

6.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 30th day of December, 2025.

GREENBERG GROSS LLP

*/s/Michael A. Burnette*
Jemma E. Dunn, Bar # 16229
Matthew T. Hale, Bar # 16880
Michael A. Burnette, Bar # 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Vanessa Villanueva*

JACKSON LEWIS P.C.

*/s/ Amanda Patanaphan*
Deverie J. Christensen, Bar # 6596
Amanda Patanaphan, Bar # 15080
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant Tesla, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: December 31, 2025.

2