JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA VILLANUEVA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:25-cv-00678-ART-CSD<br><br><br>**ORDER GRANTING STIP TO VACATE EARLY NEUTRAL EVALUATION STATUS CONFERENCE** |

Pursuant to the Court's Minute Order dated February 11, 2026 [ECF No. 13], Plaintiff Vanessa Villanueva ("Plaintiff") and Defendant Tesla, Inc. ("Defendant") (collectively the "Parties") by and through their respective counsel submit this Early Neutral Evaluation Status Report.

I.      **INITIAL DISCLOSURES COMPLIANCE**

The Parties certify that they exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on February 20, 2026 and February 27, 2026.

-1-

## II.    **COMPUTATION OF DAMAGES**

Plaintiff certifies that she has provided Defendant with a computation of damages pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), including:

- Economic damages for lost wages
- Emotional distress damages
- Punitive damages
- Attorneys' fees and costs

Said computation was provided as part of Plaintiff's Initial Disclosures served on February 20, 2026.

## III.    **ENE ATTENDEES**

The parties have agreed to participate in the ENE via remote means as permitted by the Court.

- **Plaintiff:** Michael A. Burnette will be in attendance for the ENE as well as Plaintiff.
- **Defendant:** Deverie J. Christensen will be in attendance for the ENE as well as a client representative James Wu, Associate General Counsel, Employment Litigation, Tesla.

## IV.    **PENDING MOTIONS**

There are no motions pending before the Court that will affect the ENE.

///
///
///
///
///
///
///
///

-2-

EARLY NEUTRAL EVALUATION STATUS REPORT

V.    **REQUEST TO VACATE STATUS CONFERENCE**

Based on the foregoing certifications, the Parties respectfully request that the Virtual Status Conference currently scheduled for March 30, 2026 at 9:00 a.m. be vacated in accordance with the Court's Minute Order dated February 11, 2026 [ECF No. 13].

Dated this 26th day of March, 2026.

| | |
|---|---|
| /s/ Michael A. Burnette | /s/ Deverie J. Christensen |
| JEMMA E. DUNN | DEVERIE J. CHRISTENSEN |
| Nevada Bar No. 16229 | Nevada Bar No. 6596 |
| MATTHEW T. HALE | AMANDA PATANAPHAN |
| Nevada Bar No. 16880 | Nevada Bar No. 15080 |
| MICHAEL A. BURNETTE | JACKSON LEWIS P.C. |
| Nevada Bar No. 16210 | 300 S. Fourth Street, Suite 900 |
| GREENBERG GROSS LLP | Las Vegas, Nevada 89101 |
| 1980 Festival Plaza Drive, Suite 730 | *Attorneys for Defendant* |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: March 27, 2026.

-3-

EARLY NEUTRAL EVALUATION STATUS REPORT