# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA VILLANUEVA, an individual, | Case No.: 3:25-cv-00678-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| TESLA, INC., a Delaware corporation, | |
| Defendant. | |

Defendant Tesla, Inc., by and through its counsel, and Plaintiff Vanessa Villanueva, by and through her counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 4th day of June, 2026.

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

/s/ Deverie J. Christensen
DEVERIE J. CHRISTENSEN
Nevada Bar No. 6596
AMANDA PATANAPHAN
Nevada Bar No. 15080
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

IT IS SO ORDERED:

Anne R. Traum
United States District Judge

Dated: June 4, 2026

-2-